UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-2018
```

PHILLIP SULLIVAN JR., *on behalf of himself and all others similarly situated*,

    Plaintiff,

-against-

CIVITAN FOUNDATION, INC.,

    Defendant.

Case No.: 18-cv-02175

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, CIVITAN FOUNDATION, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: /s/ Kerry Ayala
Kerry Elizabeth Ayala, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5160
kerry.ayala@wilsonelser.com

Date: 9/10/18

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 9-6-18

The Clerk of Court is requested to close this case.
SO ORDERED

/s/ 9/17/18
U.S.D.J.